IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02568-PAB-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

GUNNISON ALPINE CONTRACTORS, INC.,
JAMES L. COLEMAN,
DONNA P. COLEMAN,
GUNNISON SAVINGS & LOAN,
CAPITAL ONE BANK,
STATE OF COLORADO, and
DEPARTMENT OF REVENUE,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **United States' Unopposed Motion to for [sic] Leave to Attend Scheduling Conference Telephonically** [docket no. 26, filed April 10, 2009] and **Gunnison Savings & Loan's Unopposed Motion for Leave to Attend Scheduling Conference Telephonically** [docket no. 28, filed April 13, 2009] (the "Motions").

　　IT IS ORDERED that the Motions are GRANTED and counsel both may appear telephonically for the Scheduling Conference on **May 1, 2009, at 2:30 p.m., Mountain Daylight Time**. Plaintiff's counsel is to arrange for an operated-assisted conference call, and either call Chambers at **303/844-6408** at the appropriate time, or provide Chambers with a call-in number.

DATED:  April 13, 2009