IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02568-PAB-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUNNISON ALPINE CONTRACTORS, INC.,
JAMES L. COLEMAN,
DONNA P. COLEMAN,
GUNNISON SAVINGS & LOAN,
CAPITAL ONE BANK, and
STATE OF COLORADO, DEPARTMENT OF REVENUE,

    Defendants.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT GUNNISON SAVINGS & LOAN**
_____

    THIS MATTER comes before the Court upon the Joint Motion and Stipulation to Dismiss Gunnison Savings & Loan [Docket No. 39]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the motion [Docket No. 39] is granted. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant Gunnison Savings & Loan are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

    DATED May 26, 2009.

                                        BY THE COURT:

                                        s/Philip A. Brimmer_____
                                        PHILIP A. BRIMMER
                                        United States District Judge