IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02568-PAB-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUNNISON ALPINE CONTRACTORS INC;
JAMES L. COLEMAN;
DONNA P. COLEMAN;
CAPITAL ONE BANK; and
STATE OF COLORADO,
DEPARTMENT OF REVENUE,

    Defendants.
_____

**ORDER**
_____

This matter is before the Court on plaintiff's motion for entry of final judgment against defendant Capital One Bank [Docket No. 52]. The Court entered an Order granting plaintiff's motion for entry of default judgment against defendant Capital One Bank on March 15, 2010 [Docket No. 51]. The Court ruled that, upon entry of final judgment, any and all interest Capital One Bank has in the property subject to the present action will be extinguished.

Plaintiff represents that its settlement with the remaining defendants is contingent on entry of such final judgment against Capital One Bank. Because the Court determines that there is no just reason for delay in entry of final judgment against Capital One Bank, *see* Fed. R. Civ. P. 54(b), it is

**ORDERED** that plaintiff's motion for entry of final judgment [Docket No. 52] is GRANTED.

DATED April 7, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge