IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02568-PAB-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUNNISON ALPINE CONTRACTORS INC;
JAMES L. COLEMAN;
DONNA P. COLEMAN;
CAPITAL ONE BANK; and
STATE OF COLORADO,
DEPARTMENT OF REVENUE,

    Defendants.
_____

**ORDER ADMINISTRATIVELY CLOSING CASE**
_____

The United States of America ("United States"), James Coleman, Donna Coleman, and Gunnison Alpine Contractors, Inc. have filed a joint stipulation of dismissal [Docket No. 55] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The United States has also filed a motion wherein it requests that the Court include certain additional provisions stipulated to by the parties in the order of dismissal [Docket No. 56]. More specifically, the United States' motion, and the parties' stipulation, requests that the Court retain jurisdiction over the parties' settlement agreement and permit the parties to request the case be reopened upon notification to the Court that a party has failed to comply with the terms of the settlement agreement. The appropriate mechanism for doing so is administrative closure pursuant to Local Rule 41.2, which

provides that a "district judge . . . may direct the clerk to close a civil action administratively subject to reopening for good cause." Upon review of the stipulation and motion, the Court finds that administrative closure is warranted in this case. Therefore, it is

**ORDERED** that the United States' motion for voluntary dismissal [Docket No. 56] is GRANTED in part and DENIED in part. It is further

**ORDERED** that this case shall be administratively closed pursuant to D.C.COLO.LCivR 41.2. The case may be reopened upon a showing of good cause by motion of any party. It is further

**ORDERED** that, consistent with the parties' stipulation, this case will be dismissed with prejudice upon notification by the United States that the payment due under the settlement has been received. In the absence of such notification or a motion for extension of the deadline, this case shall be dismissed with prejudice six months from the date of this Order.

DATED April 19, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge