IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No.  08-cv-02568-PAB-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUNNISON ALPINE CONTRACTORS INC.,
JAMES L. COLEMAN, and
DONNA P. COLEMAN,

    Defendants.
_____

# ORDER
_____

    This matter is before the Court on the United States' Status Report and Motion for Extension of Administrative Termination [Docket No. 60].  The Court is fully apprised of the motion's premises.  It is

    **ORDERED** that the United States' Status Report and Motion for Extension of Administrative Termination [Docket No. 60] is GRANTED.  It is further

    **ORDERED** that this case shall remain administratively closed pursuant to D.C.COLO.LCivR 41.2.  The case may be reopened upon a showing of good cause by motion of any party.  It is further

    **ORDERED** that, consistent with the parties' stipulation, this case will be dismissed with prejudice upon notification that the obligations under the settlement agreement have been satisfied.  In the absence of such notification or a motion for extension of the administrative closure, this case shall be dismissed with prejudice 180

days from the date of this Order.

DATED May 9, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge